# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK OAKS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PETSMART, LLC<br><br>　　　　Defendant. | Civil Case No. 2:24-cv-11454 |

## **<u>DEFENDANT PETSMART LLC's NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT</u>**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY AND TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:**

　　**PLEASE TAKE NOTICE** that Defendant PETSMART LLC ("Defendant") hereby removes the action described below filed by Plaintiff MARK OAKS, on behalf of himself and all others similarly situated ("Plaintiff") in the Superior Court of the State of New Jersey, Essex County to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and state that removal is proper for the reasons set forth below.

## BACKGROUND

1. This removal involves a lawsuit that was filed by Plaintiff on November 15, 2024 in the Superior Court of the State of New Jersey, Essex County entitled *MARK OAKS, on behalf of himself and all others similarly situated v. PETSMART LLC*, Case No. HUD-ESX-L-007989-24 (the "State Court Action").

2. The Complaint filed in the State Court Action (the "Complaint") purports to assert two claims for relief against Defendant: (1) for alleged violation(s) of the federal Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq*. (the "Americans with Disabilities Act"), and (2) for Declaratory Relief based upon an alleged controversy as to compliance by Defendant "with applicable laws including, but not limited to [the Americans with Disabilities Act] … ."

## TIMELINESS OF REMOVAL

3. Plaintiff served Defendant with the Complaint by way of personal service on Defendant on November 25, 2024.

4. As such, this Notice of Removal is filed within the time period required under 28. U.S.C. §1446(b).

## GROUNDS FOR REMOVAL

5. The present action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it appears from the Complaint that Plaintiff has filed a civil rights action and he is purporting to assert one or more claims founded on a claim of rights arising under the laws of the United States.

6. More specifically, the Complaint alleges discrimination against Plaintiff (and others "similarly situated") by Defendant in violation of the Americans with Disabilities Act and seeks Declaratory Relief based upon an alleged controversy as to whether or not there has been a violation by Defendant of the Americans with Disabilities Act.

## VENUE

7. Venue lies in the United States District Court for the District of New Jersey because this action was originally brought in the Superior Court of the State of New Jersey, Essex County, which is located within the District of New Jersey, and this Notice of Removal is therefore properly filed with this Court pursuant to 28 U.S.C. § 1441(a).

## NOTICE OF REMOVAL COMPLIANCE

8. In compliance with 28 U.S.C. § 1446(d), this Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of New Jersey, Essex County.

9. In compliance with 28 U.S.C. § 1446(a), <u>Exhibit A</u> attached hereto contains true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action, which papers include a copy of the Summons and Complaint.

10. The undersigned, as counsel for Defendant, has read the foregoing and signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against Defendant in the Superior Court of the State of New Jersey, Essex County be removed to the United States District Court for the District of New Jersey.

Dated this 25th day of December, 2024

BARCLAY DAMON LLP

_____
Benjamin R. Zakarin, Esq. (138852014)
1270 Avenue of the Americas
Suite 501
Telephone: (212) 784-5800
Email: bzakarin@barclaydamon.com
Attorney for Defendant
PETSMART LLC

DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of December, 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. A true and correct copy of the foregoing was sent via U.S. Mail to the following:

Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, NJ  07514
*Attorney for Plaintiff*

_____
Benjamin R. Zakarian, Esq.